In the Matter of the Applications of (1) NEW ROCHELLE HOSPITAL ASSOCIATION, (2) THE NEW YORK TRUST COMPANY and DALLETT H. WILSON, as Executors of the Will of TECLA JENSEN EAGLE, (3) THE PEOPLE OF THE STATE OF NEW YORK, and (4) EDWARD D. LOUGHMAN, as Receiver of The National City Bank of New Rochelle, Relating to the Assets Securing the Guaranteed First Mortgage Certificates of FIRST MORTGAGE GUARANTY & TITLE COMPANY OF NEW ROCHELLE and

the Appointment of a Substituted Trustee with Respect Thereto. WALTER G. C. OTTO and J. RAYMOND McGOVERN, Doing Business as DUNLAP, OTTO & McGOVERN, Appellants; NEW ROCHELLE TRUST COMPANY, as Substituted Trustee for Certificate Holders of FIRST MORTGAGE GUARANTY & TITLE COMPANY OF NEW ROCHELLE, Respondent.— On an application for an additional allowance for services of attorneys in proceedings for the appointment of a substituted trustee for a mortgage company in liquidation and for an accounting, a hearing was had and the application denied. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.